# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **MORI SEIKI USA, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:06-CV-2344-B** |
| | § | **ECF** |
| **DIANE MCINTYRE, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

On March 4, 2008, the Court entered Memorandum Orders (1) granting Mori Seiki USA's Amended Rule 55(b)(2) Motion for a Default Damages Award of $104,225.00 Against Defendant Ernold Simmons (doc. 80) and (2) granting Mori Seiki USA's Motion for Partial Summary Judgment Against Defendant Gladys Davis-Simmons (doc. 81).   In accordance with these Memorandum Orders, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff Mori Seiki USA recover judgment from Defendants Ernold Simmons and Gladys Davis-Simmons, jointly and severally, the sum of $104,225.00.   Mori Seiki USA shall also recover post-judgment interest of 1.63% from April 22, 2008 forward.[1]

---

[1] The federal post-judgment interest rate is governed by 28 U.S.C. § 1961(a), which sets the rate at the weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of the judgment.   The post-judgment interest rate may be found at http://www.txnd.uscourts.gov/publications/pjrate.html. Post-judgment interest shall be compounded annually. 28 U.S.C. § 1961(b).

SO ORDERED

SIGNED April 22, 2008

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE